MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL P. TALBERT (SBN OH 0084088)
Special Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax:  (415) 436-7234
    E-Mail:  Daniel.Talbert@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>DAVID E. HALL and<br>JOSETTE B. HALL,<br><br>    Defendants. | Case No.: CR 14-00023 MEJ<br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS HEARING TO APRIL 17, 2014 |

    The defendants, DAVID E. HALL, represented by Juliana Drous, and JOSETTE B. HALL, represented by Elizabeth Falk, Assistant Federal Public Defender, and the government, represented by Daniel Talbert, Special Assistant United States Attorney, stipulate to continue the defendants' status hearing, currently set for March 27, 2014, until April 17, 2014.  Counsel for the defendants and the government are attempting to negotiate a resolution of this case.  In addition, counsel for the government has a conflict in his schedule March 27, 2014, further supporting the need for a continuance.

//

//

STIP. TO CONTINUE, 14 CR-00023 MEJ

1

1  Dated: March 24, 2014                                      Respectfully submitted,

2                                                             MELINDA HAAG
3                                                             United States Attorney

4                                                             *s/ Daniel P. Talbert*
                                                              DANIEL P. TALBERT
5                                                             Special Assistant United States Attorney

6
7  Dated: March 17, 2014                               BY    *s/ Daniel P. Talbert for Juliana Drous*
                                                              JULIANA DROUS
                                                              Attorney for Defendant David Hall
8                                                             (as authorized by email)

9  Dated: March 22, 2014

10                                                     BY    *s/ Daniel P. Talbert for Elizabeth Falk*
                                                              ELIZABETH FALK
11                                                            Assistant Federal Public Defender
                                                              Attorney for Defendant Josette Hall
12                                                            (as authorized by email)

13 //

14 //

15 //

16 //

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //
   STIP. TO CONTINUE, 14 CR-00023 MEJ
28                                        2

[PROPOSED] ORDER

Based upon the representations of counsels and for good cause shown, the Court orders that the status hearing for the defendants shall be re-set for April 17, 2014, at 10:00 am.

DATED: __March 24, 2014__    _____
HON. MARIA-ELENA JAMES
United States Magistrate Judge

STIP. TO CONTINUE, 14 CR-00023 MEJ

3